1433-14

COA # 08-12-00096-CR     OFFENSE: 22.01

STYLE: Manuel Torres v. The State of Texas     COUNTY: El Paso

COA DISPOSITION: REVREM     TRIAL COURT: County Criminal Court No. 4

DATE: 9/18/14     Publish: NO   TC CASE #: 20090C07495

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Manuel Torres v. The State of Texas     CCA #: _____

_____SPA'S_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

___refused___     JUDGE: _____

DATE: Jan 28, 2015     SIGNED: _____     PC: _____

JUDGE: PC     PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____